HELEN G. CLEERE, Appellant, *v.* JEREMIAH T. RILEY et al., Appellants, and THOMAS J. GALLAGHER, Respondent.

*Partition — decedent's estate — will leaving property in trust for support of wife and at her death directing division amongst children or their heirs — when child may not maintain action for partition before death of mother even though latter consent thereto.*

*Cleere* v. *Riley*, 210 App. Div. 813, affirmed.

(Argued January 22, 1925; decided February 25, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1924, unanimously affirming a judgment in favor of defendant, respondent, entered upon a dismissal of the complaint by the court at a Trial Term in an action for the partition of real property. Plaintiff's father by his will devised the property in question to his wife in trust " for the support of herself during her lifetime, and the support of my children during their minority, and after the death of my said wife the said property shall be divided equally among my children or their heirs." The wife is still living and has executed a consent to the granting of the relief demanded in the complaint, agreeing to accept the computed cash value of her interest in the property, as provided in section 1014 of the Civil Practice Act. The question presented was whether plaintiff had such a vested remainder, as tenant in common in the premises, as to enable her to maintain an action for partition under the provisions of said section 1014.

*W. Smith O'Brien* and *Daniel Moran* for appellants.
*William S. McGreevy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.